UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTA-STAR AUTOMOTIVE RESEARCH CORPORATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEARCH OPTICS, LLC; SEARCH OPTICS, USA, LLC; and SOUTH BAY FORD,<br><br>Defendants. | Case No.:  22-CV-1186 TWR (BLM)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>(ECF No. 30) |

Presently before the Court is Plaintiff Advanta-STAR Automotive Research Corporation of America's timely filed Ex Parte Motion to Allow Plaintiff's Counsel to Appear Telephonically for the April 13, 2023 Hearing.  (ECF No. 30, "Mot.)  Pursuant to Rule III.B.8 of the undersigned's Standing Order for Civil Cases, Plaintiff's lead counsel, Stephen M. Dorvee, requests leave to telephonically attend the hearing on Defendants' Motion to Dismiss the First Amended Complaint.  (*See id*. at 1–2.)  Mr. Dorvee seeks leave to appear remotely because he is in the Atlanta, Georgia area and is currently serving as the primary caregiver for a family member who recently underwent surgery.  (*See id.* at 2.)  Good cause appearing, the Court **GRANTS** Plaintiff's Motion.  Accordingly, Mr. Dorvee

may participate in the April 13, 2023 hearing telephonically using the following teleconference information:

     Dial-in Number:   (619) 657-0677

     Conference ID:   246 914 151#

     **IT IS SO ORDERED.**

Dated:  April 7, 2023

Honorable Todd W. Robinson
United States District Judge