1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11
12
ADVANTA-STAR AUTOMOTIVE
RESEARCH CORPORATION OF
AMERICA,

13
Plaintiff,

14
v.

15
16
17
SEARCH OPTICS, LLC; SEARCH
OPTICS, USA, LLC; and SOUTH BAY
FORD, INC.,

Defendants.

Case No. 22-CV-1186 TWR (BLM)

**ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER
FIRST AMENDED COMPLAINT**

(ECF No. 34)

18

19     Presently before the Court is Search Optics, LLC and Search Optics USA, LLC's

20 unopposed Motion seeking an extension of time to answer Plaintiff Advanta-STAR

21 Automotive Research Corporation of America's First Amended Complaint (the

22 "Motion").[1]  (ECF No. 34, "Mot.")  On May 9, 2023, the Court issued an Order granting

23 in part and denying in part Defendants' Motion to Dismiss the First Amended Complaint,

24 which the Clerk of Court electronically docketed the following day.  (*See* ECF No. 33.)

25 Accordingly, Defendants' response to the surviving claims in the First Amended

26

27

28
[1]     Although South Bay Ford, Inc. does not explicitly join the Motion, the Court will consider the
Motion as to all Defendants, each of whom are represented by the same counsel.  (*See generally* Docket.)

1

1  Complaint is currently due on or before May 25, 2023.  *See* Fed. R. Civ. P. 12(a)(4)(A)

2  (requiring a responsive pleading "within 14 days after notice" of a court's order ruling on

3  a motion to dismiss); Fed. R. Civ. P. 6(a)(1)(A) ("exclud[ing] the day of the event that

4  triggers the [responsive pleading] period).

5       Defendants seek a fourteen-day extension of their responsive pleading deadline in

6  order to conduct additional research into files pertaining to this action and "provide a full

7  and complete response to [Plaintiff's] allegations."  (*See* Mot. at 2.)  According to

8  Defendants' good faith representations, when the Parties met and conferred to discuss the

9  instant Motion, Plaintiff stated that it "does not oppose but consents to the request" for an

10 extension. (*See id.* at 3.)  Good cause appearing, the Court **GRANTS** Defendants' Motion.

11 Search Optics, LLC, Search Optics USA, LLC, and South Bay Ford, Inc. **SHALL**

12 **RESPOND** to Plaintiff's First Amended Complaint <u>on or before June 8, 2023</u>.

13     **IT IS SO ORDERED.**

14 Dated:  May 24, 2023

15 _____

Honorable Todd W. Robinson
United States District Judge

22-CV-1186 TWR (BLM)